LOUIS A. LEONE, ESQ. (SBN 099874)
BRIAN A. DUUS, ESQ. (SBN 263403)
JIMMIE E. JOHNSON, ESQ. (SBN 209471)
**LEONE ALBERTS & DUUS**
1390 Willow Pass Road, Suite 700
Concord, CA 94520-7913
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601
Emails:      lleone@leonealberts.com
             bduus@leonealberts.com
             jjohnson@leonealberts.com

Attorneys for Defendants
SPRECKELS UNION SCHOOL DISTRICT
and KATELYN PAGARAN

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA KONEN and A.G., her minor child,<br><br>   Plaintiffs,<br><br>   vs.<br><br>LORI CALDEIRA, in her personal capacity; KELLY BARAKI, in her personal capacity; KATELYN PAGARAN, in her personal capacity; and SPRECKELS UNION SCHOOL DISTRICT<br><br>   Defendants. | **Case No.:**   5:22-cv-05195<br><br>**DEFENDANTS SPRECKELS UNION SCHOOL DISTRICT AND KATELYN PAGARAN'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION); DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: June 27, 2022<br>Trial Date:  Not Yet Set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendants Spreckels Union School District ("District") and Katelyn Pagaran ("Pagaran") (hereinafter collectively "Defendants") hereby remove to this Court pursuant to 28 U.S.C. §§ 1441 and 1446 the state court

action described below.  All defendants in this action including Defendants Lori Caldeira and Kelly Baraki (who are represented by separate counsel) consent to the removal of this action.

## I. REMOVAL IS TIMELY

1. On or about June 27, 2022, Plaintiffs Jessica Konen and A.G., her minor child ("Plaintiffs") commenced an action in the Superior Court of the State of California, County of Monterey, entitled *Jessica Konen and A.G., her minor child, v. Lori Caldeira, et. al.,* Case No. 22CV001813.  A copy of the Complaint is attached hereto as Exhibit A.

2. Defendants were served with the Complaint via signing and returning a Notice of Acknowledgment of Receipt- Civil, on August 22, 2022, a copy of which is attached hereto as Exhibit B.

3. Given that Defendants were served on August 22, 2022, this removal is within 30 days of the date of service and is timely.

4. Defendants filed an Answer to the Complaint in state court on September 8, 2022, a copy of which is attached hereto as Exhibit C.

5. A complete copy of the state court filed served upon Defendants is filed herewith as an attachment to the Declaration of Brian A. Duus, counsel for Defendants, and any other documents filed in the state court action will be promptly filed with this Court as well as soon as available to counsel for Defendants.

## II. JURISDICTION IS PROPER.

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1343, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(a), because Plaintiffs' Complaint seeks relief under 42 U.S.C. §§ 1983 and 1985.

6. Plaintiffs' Complaint also alleges state law claims arising out of the same case or controversy that may be heard under a grant of supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

//

DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION); DEMAND FOR JURY TRIAL

## INTRADISTRICT ASSIGNMENT

Pursuant to Local Rule 3-2 and 3-5, as a basis for the assignment to the division of San Jose, the county where a substantial part of the events or omissions giving rise to the Complaint occurred was the County of Monterey.

## DEMAND FOR JURY TRIAL

Defendants demand trial by jury in this action on all claims as to which the right to trial by jury attaches.

Dated: September 12, 2022      **LEONE ALBERTS & DUUS**

*/s/ Brian A. Duus*
BRIAN A. DUUS, ESQ.
Attorneys for Defendants
SPRECKELS UNION SCHOOL DISTRICT and KATELYN PAGARAN

DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION); DEMAND FOR JURY TRIAL