LOUIS A. LEONE, ESQ. (SBN 099874)
BRIAN A. DUUS, ESQ. (SBN 263403)
JIMMIE E. JOHNSON, ESQ. (SBN 209471)
**LEONE ALBERTS & DUUS**
1390 Willow Pass Road, Suite 700
Concord, CA 94520-7913
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
Emails:        lleone@leonealberts.com
                    bduus@leonealberts.com
                    jjohnson@leonealberts.com

Attorneys for Defendants
SPRECKELS UNION SCHOOL DISTRICT
and KATELYN PAGARAN

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA KONEN and A.G., her minor child,<br><br>         Plaintiffs,<br><br>    vs.<br><br>LORI CALDEIRA, in her personal capacity; KELLY BARAKI, in her personal capacity; KATELYN PAGARAN, in her personal capacity; and SPRECKELS UNION SCHOOL DISTRICT<br><br><br>         Defendants. | **Case No.:**  5:22-cv-05195<br><br>**DECLARATION OF BRIAN A. DUUS INSUPPORT OF DEFENDANTS SPRECKELS UNION SCHOOL DISTRICT AND KATELYN PAGARAN'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)**<br><br><br>Complaint Filed: June 27, 2022<br>Trial Date:  Not Yet Set |

I, BRIAN A. DUUS, declare as follows:

   1.    I am an attorney at law licensed to practice before all the courts of the State of California and this Court.  I am a shareholder with the law firm of Leone Alberts & Duus, attorneys of record for Defendants Spreckels Union School District and Katelyn

1

DECLARATION OF BRIAN A. DUUS INSUPPORT OF DEFENDANTS SPRECKELS UNION SCHOOL DISTRICT AND KATELYN PAGARAN'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)

Pagaran. I am familiar with the facts, pleadings, and records in this action, and if called upon to testify I would competently testify to the following.

2. According to the state court docket, the operative Complaint by Plaintiffs was filed in the Monterey County Superior Court on June 27, 2022. A copy of the Complaint is attached to the Notice of Removal filed herewith as Exhibit A.

3. Defendants Spreckels Union School District and Katelyn Pagaran were served with the Complaint via signing and returning a Notice of Acknowledgment of Receipt- Civil, on August 22, 2022, a copy of which is attached to the Notice of Removal filed herewith as Exhibit B.

4. Defendants Spreckels Union School District and Katelyn Pagaran filed an Answer to the Complaint in state court on September 8, 2022. A copy of the Answer is attached to the Notice of Removal filed herewith as Exhibit C.

5. Defendants Lori Caldeira and Kelly Baraki are represented by separate counsel in this matter, Mark E. Davis, Esq., of the firm Davis Bengtson & Young. I have communicated with Mr. Davis and all defendants in this action have consented to the removal of this action.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §§1331 and 1343, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(a), because Plaintiffs' Complaint seeks relief under 42 U.S.C. §§ 1983 and 1985.

5. Plaintiffs' Complaint also alleges state law claims arising out of the same case or controversy that may be heard under a grant of supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

6. Attached to this declaration as Exhibit A:1-11 is the state court file in this action which has been served upon or filed by Defendants herein, including a table identifying the relevant documents.

DECLARATION OF BRIAN A. DUUS INSUPPORT OF DEFENDANTS SPRECKELS UNION SCHOOL DISTRICT AND KATELYN PAGARAN'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)

7.   The state court docket reflects documents filed but not served upon Defendants herein.  As soon as such become available to counsel for Defendants, along with any further documents filed in the state court action, Defendants will file such with this Court as well.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 12, 2022, at Concord, California.

_____
BRIAN A. DUUS, ESQ.

DECLARATION OF BRIAN A. DUUS INSUPPORT OF DEFENDANTS SPRECKELS UNION SCHOOL DISTRICT AND KATELYN PAGARAN'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)