.92147

MARK E. DAVIS—BAR NO. 79936
MORGAN W. HANSEN – BAR NO. 257846\
ADAM J. DAVIS – BAR NO. 275964
**DAVIS, BENGTSON & YOUNG, APLC**
1960 The Alameda, Suite 210
San Jose, CA  95126
Phone:  669.245.4200
Fax:      408.985.1814
Email:    mdavis@dby-law.com

Attorneys for Defendants
LORI CALDEIRA and KELLY BARAKI,
sued herein as employees of Spreckels
Union School District, a public entity

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA KONEN and A.G., her minor child,<br><br>     Plaintiffs,<br><br>  vs.<br><br>LORI CALDEIRA, in her personal capacity; KELLY BARAKI, in her personal capacity; KATELYN PAGARAN, in her personal capacity; and SPRECKLES UNION SCHOOL DISTRICT,<br><br>     Defendants. | Case No. 5:22-cv-05195-EJD<br><br>**NOTICE OF APPEARANCE OF MORGAN W. HANSEN ON BEHALF OF DEFENDANTS LORI CALDEIRA AND KELLY BARAKI** |

TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:

I, Morgan W. Hansen of Davis, Bengtson & Young, APLC, hereby enter my appearance as counsel for Defendants Lori Caldeira and Kelly Baraki.

I am licensed to practice law in California and I am admitted to practice in the Northern District of California.  I am also a registered ECF user.

///

-1-

Ntc of Appearance of Morgan W. Hansen OBO Defs. Caldeira & Baraki
{92147/00645869-1}

5:22-cv-05195

.92147

-2-

1   My contact information is as follows:

2   Morgan W. Hansen
    mhansen@dby-law.com
3   Davis, Bengtson & Young, APLC
    1960 The Alameda, Suite 210
4   San Jose, CA  95126
    408.261.4244 – phone
5   408.985.1814 - fax

6

7   Please serve me with all pleadings, notices and other papers in this action.

8   DATED:

                                            **DAVIS, BENGTSON & YOUNG, APLC**
9

10
                                            By  */s/ Morgan W. Hansen*
11                                              Morgan W. Hansen
                                                Attorneys for Defendants
12                                              LORI CALDEIRA and KELLY BARAKI

Ntc of Appearance of Morgan W. Hansen OBO Defs. Caldeira & Baraki
{92147/00645869-1}

5:22-cv-05195