UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JESSICA KONEN, et al.,

    Plaintiffs,

v.

LORI CALDEIRA, et al.,

    Defendants.

Case No. 5:22-cv-05195 EJD

**ORDER TO SHOW CAUSE RE SETTLEMENT**

The parties, having appeared before Magistrate Judge Virginia K. DeMarchi for a settlement conference on April 7, 2023, and having settled this case (*see* ECF No. 45), are ordered to appear before the Honorable Edward J. Davila on **June 8, 2023 at 10:00 AM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). On or before **May 26, 2023**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **May 26, 2023.**

All other pretrial deadlines and hearing dates are VACATED and any pending motions are TERMINATED.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

    **IT IS SO ORDERED.**

Dated: April 11, 2023

EDWARD J. DAVILA
United States District Judge

Case No.: 5:22-cv-05195-EJD
ORDER TO SHOW CAUSE RE SETTLEMENT