HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
MATTHEW M. HOESLY (SBN: 289593)
mhoesly@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

JOSHUA WALLACE DIXON
jdixon@libertycenter.org
ERIC SELL
esell@libertycenter.org
CENTER FOR AMERICAN LIBERTY
1311 S. Main Street, Suite 302
Mount Airy, MD 21771
Telephone: (703) 687-6212
Facsimile: (517) 465-9683

*Attorneys for Plaintiffs Jessica Konen and A.G., her minor child*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSICA KONEN and A.G., her minor child,** | Case No: 5:22-cv-05195-EJD |
| Plaintiff, | **JOINT SHOW CAUSE RESPONSE** |
| v. | Complaint Filed: June 27, 2022<br>Trial Date: Not Yet Set |
| **LORI CALDEIRA, in her personal capacity; KELLY BARAKI, in her personal capacity; KATELYN PAGARAN, in her personal capacity; and SPRECKELS UNION SCHOOL DISTRICT,** | |
| Defendants. | |

1

Plaintiffs JESSICA KONEN and A.G., her minor child (collectively, "Plaintiffs"), Defendants LORI CALDEIRA and KELLY BARAKI (collectively, "Teacher Defendants"), and Defendants KATELYN PAGARAN and SPRECKELS UNION SCHOOL DISTRICT (collectively, "District Defendants"), by and through their undersigned counsel, jointly submit this Show Cause Response pursuant to the Court's Show Cause Order dated May 31, 2023. *See* ECF 48.

On June 22, 2023, Plaintiffs filed an Unopposed Motion for Approval of Minor's Compromise, which explained—and attached—the Parties' executed settlement agreement as to all claims in this matter. *See* ECF 49.[1] Pursuant to Federal Rule of Civil Procedure 17(c) and the terms of the settlement agreement, the settlement may not take effect until it is approved by the Court. *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011) (discussing requirement for court approval of settlements involving minors); *see also* ECF 50. Accordingly, the Parties respectfully request the Court grant Plaintiffs' Unopposed Motion for Minor's Compromise at its earliest convenience. Once the Court has approved the settlement, Plaintiffs will file a notice of voluntary dismissal of the action with prejudice in accordance with the terms of the settlement agreement.

If it pleases the Court, the Parties will appear to discuss the settlement at the show-cause hearing currently scheduled for July 20, 2023. However, if the Court does not have any questions regarding the settlement, the Parties respectfully request that the Court grant Plaintiffs' Unopposed Motion for Minor's Compromise, approve the settlement, and vacate the show-cause hearing currently scheduled for July 20, 2023.

---

[1] On June 27, 2023, Plaintiffs filed a supplemental exhibit to the Unopposed Motion for Approval of Minor's Compromise, which attached a corrected version of the Parties' executed settlement agreement. *See* ECF 50.

Respectfully submitted,

**DHILLON LAW GROUP INC.**
**CENTER FOR AMERICAN LIBERTY**

By:     */s/ Harmeet K. Dhillon*
HARMEET K. DHILLON
MICHAEL A. COLUMBO
MATTHEW M. HOESLY
JOSHUA WALLACE DIXON
ERIC SELL

**Attorneys for Plaintiffs**

 **DAVIS BENGTSON & YOUNG**

*/s/ Mark E. Davis*
MARK E. DAVIS

**Attorneys for Defendants**
**LORI CALDEIRA and KELLY BARAKI**

**LEONE ALBERTS & DUUS**

*/s/ Brian A. Duus*
BRIAN A. DUUS, ESQ.

**Attorneys for Defendants**
**SPRECKELS UNION SCHOOL DISTRICT and KATELYN PAGARAN**

Date: July 13, 2023

## **CERTIFICATE OF SERVICE**

I, Harmeet K. Dhillon, hereby certify that on July 13, 2023, I electronically filed the above documents with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

By: /s/ Harmeet K. Dhillon
Harmeet K. Dhillon

Date: July 13, 2023